UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BEN L. RIDINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-585 |
| | ) | (Shirley) |
| STATE OF TENNESSEE (TDOT), CITY | ) | |
| OF ROCKWOOD, ROCKWOOD | ) | |
| AVIATION, LLC, and DANNY COLLINS, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the motions to dismiss filed by the defendants State of Tennessee, City of Rockwood, Rockwood Aviation, LLC, and Danny Collins. The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, having rendered a decision on the defendants' motions,

It is **ORDERED and ADJUDGED**

that the plaintiff Ben L. Ridings take nothing, that the action be **DISMISSED** for lack of subject matter jurisdiction, and that the defendants State of Tennessee, City of Rockwood, Rockwood Aviation, LLC, and Danny Collins recover of the plaintiff Ben L. Ridings their costs of this action.

Dated at Knoxville, Tennessee, this 22nd day of September, 2006.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT